UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WILMA H., | Civil No. 3:20-CV-05529-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate, pursuant to sentence four of 42 U.S.C. § 405(g), to reverse and remand the above-captioned case for further administrative proceedings. On remand, the Administrative Law Judge will:

- Reevaluate the medical opinion evidence, including the opinions of Drs. Talbot and Packer;
- Order IQ testing to determine whether the claimant has an intellectual disability;
- Take any steps necessary to complete the record and offer the claimant an opportunity for a new hearing;
- Reassess the residual functional capacity consistent with 20 C.F.R. § 416.945 and SSR 96-8p, reevaluate the claimant's subjective complaints; and continue with the sequential evaluation, as necessary.

Page 1      ORDER - [3:20-CV-05529-MAT]

DATED this 5th day of February, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
katherine.watson@ssa.gov